# In the United States District Court

Plantiff _____ (702) 771-8171

Thomas Curtis W.

500 Galletti way.

Sparks, Nevada 89431

VS.

The Hughes Corporation

10000 W. Charleston BLVD.

Las Vegas  Nevada 89135

defendant

Civil Complaint:
- Murder (SS210.2)
- Serious Body Injury (§210.6(3))
- Kidnapping (SS 200)
- Terrorism (SS 2331.)
- BIO Terrorism (SS2331.)
- Cyber Terrorism (SS2331.0)
- Eco Terrorism (SS2331.0)
- Enviro Terrorism (SS2331.0)
- State Sponsored Terrorism (SS2331.)
- International Terrorism (SS 2331.0)



```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

        NOV 1 9 2020

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEP
```

**2:20-cv-02133-APG-DJA**

In the United States District Court

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 19 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Plantiff

Thomas Curtis W.

VS

The Hughes Corporation

2:20-cv-02133-APG-DJA

Civil Complaint:

Murder ($210.2)

Kidnapping ($200)

Serious Bodily Injury (210.0(3))

Bio ($2331) State sponsored Terrorism

ECO Terrorism (2331)   ($2331)

Enviro Terrorism ($2331)

International Terrorism ($2331)

Civil Complaint:

In Unison with the federal Authorities and

Metropolitan police dept, Airport, Gaming Board

Wells Fargo, Glvar, and Hotels In cohersion

to wit; Used and use Nuclear arms on their

employees and the poeple of Nevada and International

-ly including N+ S$^{th}$ Roman Catholic Churches-

# In the U.S. District Court

Plantiff

Thomas Curtis   W

VS.

Hughes Corporation

. defendant

**FILED** _____   **RECEIVED** _____
**ENTERED** _____   **SERVED ON** _____
COUNSEL/PARTIES OF RECORD

NOV 19 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____   DEPUTY

Civil Complaint :

($ 2331.0)

($200.)

($210.2)

($210.0(3))

**2:20-cv-02133-APG-DJA**

## legal Claim

I am asking ; for pain ; the suffering for
what they did ; what their doing ; the
sum   8 Trillion dollars.